# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
                Appellant,

    vs.

ERNEST MILLER; CAPUCINE
YOLANDA HOLMES; TOMMY CASON;
LAWRENCE LEE; CALVIN CONNOR;
AND DETROIT CONNECTION, INC.,
BOARD OF DIRECTORS,
                Respondents.

No. 80667

**FILED**

APR 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court minute order. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Initial review of the notice of appeal and documents before this court reveals a jurisdictional defect. The district court's minute order is not effective and cannot be appealed. *State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"). To the extent appellant challenges the district court's February 20, 2020, order to show cause, no statute or court rule appears to authorize an appeal from that order. *See Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013) (this court "may only consider appeals authorized by statute

or court rule"). Accordingly, it appears this court lacks jurisdiction, and this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Linda Marie Bell, Chief Judge
       Wilbert Roy Holmes
       Calvin Connor
       Ernest Miller
       Heaton Fontano, Ltd.
       Lawrence Lee
       Tommy Cason
       Eighth District Court Clerk